```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

|  |  |
|---|---|
| MD IQBAL I. SINGH, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 22-000290-JB-B |
| MD DEREK L. ROBBEN, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated January 18, 2023 (Doc. 6), is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendant Derek L. Robben's motion to dismiss (Doc. 1) is **GRANTED in part** and **DENIED in part**, that Defendant's alternative motion to transfer is **DENIED as moot**, and that this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.

**DONE and ORDERED** this 10th day of February, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE